1  ANDRÉ BIROTTE JR.
United States Attorney
2  LEON W. WEIDMAN
Assistant United States Attorney
3  PAUL SACHELARI
Special Assistant United States Attorney
4      Social Security Administration
    333 Market Street, Suite 1500
5      San Francisco, California 94105
    Telephone: (415) 977-8933
6      Facsimile: (415) 744-0134
    E-Mail: paul.sachelari@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE M. LAXAMANA, | No. CV 10-7045 AGR |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

Dated: May 5, 2011      /s/ Alicia G. Rosenberg

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE